BRUCKNER & WALKER, LLP
William L. Bruckner SBN 132677
Branden L. Timboe SBN 246866
4550 Kearny Villa Road, Suite 209
San Diego, California 92123
(858) 565-8300 telephone
(858) 565-0813 telecopier

Attorneys for Defendants, Aeroplate Corp., John D. Craig,
Wendy Kessler Williams, and Mary Williams

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>　　　　　　　　　　　　　Plaintiff,<br>　vs.<br><br>AEROPLATE CORPORATION, a California corporation; JOHN D. CRAIG, an individual; WENDY WILLIAMS KESSLER, an individual; and MARY WILLIAMS, an individual.<br><br>　　　　　　　　　　　　　Defendants | Case No.  1:08-CV-00213-OWW-GSA<br><br>**JOINT STIPULATION TO CONTINUE DATES**<br><br>Magistrate Judge:  Hon. Gary S. Austin<br>Courtroom:  10 |

In consideration of the ongoing settlement discussions between Plaintiff, ARCH INSURANCE COMPANY and Defendants, AEROPLATE CORPORATION, JOHN D. CRAIG, WENDY WILLIAMS KESSLER and MARY WILLIAMS (collectively "DEFENDANTS") the parties have stipulated to the following:

**IT IS HEREBY STIPULATED** and agreed among the parties that:

1)   ARCH INSURANCE COMPANY's Application for Right to Attach Order and Order for Issuance of Writ of Attachment will be continued to December 12, 2008;

2)   ARCH INSURANCE COMPANY's Motion for Order Granting Lien in Pending Action will be continued to December 12, 2008;

PDF created with pdfFactory trial version www.pdffactory.com

3)       The dates for DEFENDANTS to serve and file Oppositions to ARCH INSURANCE COMPANY's Application for Right to Attach Order and Order for Issuance of Writ of Attachment, and Motion for Order Granting Lien in Pending Action, will be extended accordingly.

Dated:  11-7-08                          BRUCKNER & WALKER, LLP


s/ William Bruckner
William L. Bruckner
Attorneys for Aeroplate Corporation,
John D. Craig, Wendy Williams Kessler,
and Mary Williams


Dated:  11-7-08                          WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER, LLP


s/ John J. Immordino (as authorized on 11-7-08)
John J. Immordino
Attorneys for Arch Insurance Company

## ORDER

Pursuant to the stipulation of the parties, **IT IS SO ORDERED**. The parties shall contact the court forthwith if it appears that a settlement will not be reached in accordance with the timeline discussed during the telephonic status conference held on November 10, 2008.  If a settlement is not reached, the parties shall follow Local Rule 78-230 regarding the calculation of deadlines for the filing of any oppositions or replies to the motions.


Dated: November 10, 2008              Signed:  /s/ Gary S. Austin
                                      Hon. Gary S. Austin
                                      United States Magistrate Judge

PDF created with pdfFactory trial version www.pdffactory.com