# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br><br>AEROPLATE CORPORATION, a California corporation; JOHN D. CRAIG, an individual; WENDY WILLIAMS KESSLER, an individual; and MARY WILLIAMS, an individual.<br><br>　　　　　　　　　　　　Defendants. | Case No.: 1:08-CV-00213-OWW-GSA<br>Courtroom 3<br>Judge: Hon. Oliver W. Wanger<br><br>**ORDER RE STIPULATION OF DISMISSAL** |

Based upon the stipulation of the parties to this action, and good cause appearing therefore;

IT IS ORDERED THAT:

This action is dismissed and such dismissal is conditioned on the following terms:

1)　　Defendants Aeroplate Corporation, John D. Craig, Wendy Williams Kessler and Mary Williams, and each of them, shall pay to Plaintiff Arch Insurance Company the sum of Seven Hundred Fifty Thousand Dollars and No Cents ($750,000.00) in three annual installments of Two Hundred Fifty Thousand Dollars and No Cents ($250,000.00) commencing on March 1, 2009 and ending on March 1, 2011.Plaintiff Arch Insurance Company agrees to accept the sum of

Seven Hundred Fifty Thousand Dollars and No Cents ($750,000.00) as full and final settlement, provided that the annual payments are timely made as set forth herein.

2) Defendants Aeroplate Corporation, John D. Craig, Wendy Williams Kessler and Mary Williams, and each of them, may prepay any portion of the indebtedness, that is, pay an amount greater than Two Hundred Fifty Thousand Dollars and No Cents ($250,000.00) in any one annual period. Any such prepayment will decrease the annual payment of Two Hundred Fifty Thousand Dollars and No Cents ($250,000.00) but will not alter, modify or decrease the annual due for the subsequent payment period.

It IS FURTHER ORDERED THAT in the event that the Defendants fail to pay any of the payments provided herein, then:

3) Plaintiff Arch Insurance Company, pursuant to and in accordance with paragraphs 3 and 4 of the Stipulation of Dismissal, may apply to this Court for the entry of an order or judgment against Defendants Aeroplate Corporation, John D. Craig, Wendy Williams Kessler and Mary Williams, jointly and severally, to pay to Plaintiff Arch Insurance Company the sum of Seven Hundred Ninety Thousand Two Hundred Fifty Dollars and Sixty Five cents ($790,252.65) less any payments that have been made by the Defendants together with prejudgment interest at the rate of ten percent (10%) per annum from the date of this Stipulation and Order. Any default and the sums then due and owing may be established by the declaration of Arch Insurance Company or its counsel.

4) Subsequent to the default described in paragraph 3 of the Stipulation of Dismissal, Defendants John D. Craig, Wendy Williams Kessler and Mary Williamsagree that a right to attach order and order for issuance of writ of attachment may be issued by the Court in favor of Arch Insurance Company on the following property:

    (a) any money, deposit accounts, and/or securities, as defined in Cal. Corp. Code § 25019, including but not limited to, stock, bonds, brokerage accounts and investment accounts located at:

      (1) Charles Schwab, 2423 East Lincoln Drive, Phoenix, Arizona 85016

      (2) Etrade-Ameritrade, 1005 North Ameritrade Place, Bellevue, Nebraska 68005, and

      (3) Salomon Smith Barney, 100 Jericho Quadrangle, Suite 120, Jericho, New York 11753.

  5) Subsequent to the default described in paragraph 3 of the Stipulation of Dismissal, Defendant Aeroplate Corporation agrees that in order be issued by the Court permitting the creation of a lien on Aeroplate Corporation's action, and causes of action, for money or property that is the subject of, and Aeroplate's rights to any money or property under any judgment procured in, Case No. 1:08-cv-00081-CFL entitled Aeroplate Corporation v. United States of America now pending in the United States Court of Federal Claims.

  This court retains continuing jurisdiction in this case as to this stipulation and order for the purpose of enforcing this stipulation and entering the order(s) provided herein.

Dated: 12/2/2008      /s/ OLIVER W. WANGER
              HON. OLIVER W. WANGER
              UNITED STATES DISTRICT JUDGE