1  JOHN J. IMMORDINO (State Bar No. 93874)
   SUSANNAH M. DUDLEY (State Bar No. 182939)
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  555 South Flower Street, Suite 2900
   Los Angeles, California 90071
4  Telephone: (213) 443-5100
   Facsimile: (213) 443-5101
5  Attorneys for Plaintiff,
   ARCH INSURANCE COMPANY

FILED
APR 18 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY, a Missouri corporation, | Case No.: 1:08-CV-00213-AWI-GSA<br>Courtroom ___<br>Judge: Hon. _____ |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT PURSUANT TO STIPULATION** |
| v. | |
| AEROPLATE CORPORATION, a California corporation; JOHN D. CRAIG, an individual; WENDY WILLIAMS KESSLER, an individual; and MARY WILLIAMS, an individual. | Date: [TBA UPON REASSIGNMENT]<br>Time: [TBA]<br>Place: [TBA] |
| Defendants. | [Motion for Entry of Judgment and Decalrations and Proposed Order filed concurrently herewith] |

In the above-entitled cause, defendants, Aeroplate Corporation, John D. Craig, Wendy Williams Kessler and Mary Williams having stipulated that Judgment be entered against them, jointly and severally, and in favor of Plaintiff ARCH INSURANCE COMPANY, in the event of a default pursuant to the terms of the Stipulation for Dismissal filed with the Court on December 1, 2008.

Plaintiff, ARCH INSURANCE COMPANY, having shown to the court's satisfaction, that a default occurred and that the sums due and owing under the terms of the stipulation are in the amount of $757,997.47.

In accordance with and pursuant to the terms of said Stipulation for for Dismissal, and good cause appearing therefor,

1

MOTION FOR ENTRY OF JUDGMENT PURSUANT TO STIPULATION

2012072v.1

- **IT IS HEREBY ADJUDGED AND DECREED that** Judgment be and hereby is entered against Defendants Aeroplate Corporation, John D. Craig, Wendy Williams Kessler and Mary Williams, jointly and severally, and in favor of Plaintiff ARCH INSURANCE COMPANY, in the sum of Seven Hundred Fifty Seven Thousand Nine Hundred Ninety Seven Dollars and Forty Seven Cents ($757,997.47).

Date: 4-17-14

_____
UNITED STATES DISTRICT COURT JUDGE