UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCH INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>     v.<br><br>AEROPLATE CORPORATION, et al.,<br><br>            Defendants. | Case No.  1:08-cv-00213-AWI-BAM<br><br>**ORDER RE APPLICATIONS FOR APPEARANCE AND EXAMINATION**<br><br>(Doc. No. 56) |

On July 22, 2020, Plaintiff Arch Insurance Company ("Plaintiff") filed applications seeking orders for appearance and examination of judgment debtors Wendy W. Kessler and Mary Williams. (Doc. No. 56.) Plaintiff requests an order for these judgment debtors to appear and furnish information to aid in enforcement of the money judgment against them. Plaintiff proposes to set both of the examinations before the undersigned on September 25, 2020, at 9:00 a.m. in Courtroom 8 of the United States District Court for the Eastern District of California, Fresno Division. (*Id.*)

In light of the coronavirus (COVID-19) outbreak, evolving coronavirus protocols and General Order No. 618, all courthouses of the United States District Court for the Eastern District of California are closed to the public and all civil matters in which a hearing is necessary must be by telephone or videoconference until further notice. Based on these restrictions, Plaintiff's applications seeking personal appearances of the judgment debtors cannot be accommodated at

1

this time.  Accordingly, IT IS HEREBY ORDERED as follows:

1. Within twenty-one (21) days from the date of this order, Plaintiff shall inform the Court in writing whether or by what means it proposes that any judgment debtor examination proceed; and
2. Plaintiff may comply with this order by submitting amended applications for appearance and examination consistent with current coronavirus protocols.

IT IS SO ORDERED.

Dated:   **July 27, 2020**           /s/ *Barbara A. McAuliffe*  
                                    UNITED STATES MAGISTRATE JUDGE